IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| STATE of NORTH CAROLINA, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  No. 5:04 CV 38<br>) |
| EL PASO NATURAL GAS COMPANY, et al., | )<br>)<br>) |
| Defendants. | ) |

ORDER GRANTING JOINT MOTION TO STAY

This matter is before the Court upon the Joint Motion to Stay filed by the parties in this case.

AND IT APPEARING to the Court that cause exists for the relief sought in the Motion.

AND IT FURTHER APPEARING to the Court that each party to the case consents to the relief sought in the Motion.

Therefore, it is hereby ORDERED that the Motion shall be and is hereby GRANTED, and that the case is hereby stayed for the period of six months, to and including Nov. 13, 2005.

_____
United States District Court Judge

Dated: May 13, 2005