IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| STATE of NORTH CAROLINA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:04 CV 38 |
| EL PASO NATURAL GAS COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING SECOND JOINT MOTION TO STAY

This matter is before the Court upon the Second Joint Motion to Stay filed by the parties in this case.

AND IT APPEARING to the Court that cause exists for the relief sought in the Motion;

AND IT FURTHER APPEARING to the Court that each party to the case consents to the relief sought in the Motion;

Therefore, it is hereby ORDERED that the Motion shall be and hereby is GRANTED, and that the case is hereby stayed for the period of four months, to and including March 13, 2006.

*Carl Horn, III*
United States District Court Judge

Dated: *Nov. 15, 2005*